**Dismissed and Memorandum Opinion filed November 29, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-17-00907-CV

## IN THE ESTATE OF FOREST BENNETT SMITH, DECEASED

**On Appeal from the Probate Court No. 4
Harris County, Texas
Trial Court Cause No. 428751-401**

## M E M O R A N D U M    O P I N I O N

This appeal is from a judgment signed November 15, 2017. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On November 27, 2017, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

On February 13, 2018, this court granted appellant's motion to abate the appeal because the parties notified this court they had reached an agreement to settle the issues on appeal. The parties were directed to file a motion to dismiss the appeal or other dispositive motion on or before April 11, 2018. On June 5, 2018, this court granted appellant's motion to extend the abatement period through July 16, 2018. On September 5, 2018, no dispositive motion having been filed, this court reinstated this appeal.

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Jamison.